435 A.2d 921

Commonwealth v. Bronaugh, Appellant.

Submitted May 21, 1981. John Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

The order is affirmed on the opinion of the Honorable Loran L. Lewis, J.

435 A.2d 921

Commonwealth v. Claypoole, Appellant.

Petition for Allowance of Appeal Denied Nov. 30, 1981.

Argued May 5, 1981. Joseph C. Mesics, for appellant; William L. Thurston, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SPAETH and CAVANAUGH, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.